**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JIMMIE LAZENBERRY,

                Plaintiff,

                                          Case No. 3:16-cv-359-J-34JRK

vs.

AMERI-FORCE, INC.,

                Defendant.
_____/

## **REPORT AND RECOMMENDATION**[1]

This cause is before the Court on two matters: (1) Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Doc. No. 5), filed April 18, 2016, that the Court construes as a Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915 ("Motion"); and (2) the June 6, 2016 Order to Show Cause (Doc. No. 7) entered by the undersigned. Upon review of the file, the undersigned recommends that this case be dismissed for failure to prosecute.

Plaintiff initiated this action pro se by filing a complaint (Doc. No. 1; "Complaint") on March 25, 2016, followed by the Motion. On May 3, 2016, the undersigned entered an Order (Doc. No. 6), taking the Motion under advisement. Observing that Plaintiff's Complaint is likely subject to dismissal due to lack of subject matter jurisdiction and the frivolous nature of the claims, the undersigned directed Plaintiff to file an amended complaint by June 1, 2016 to maintain this action. See Order (Doc. No. 6) at 1, 3-6.

---

[1] "Within 14 days after being served with a copy of [a report and recommendation on a dispositive issue], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." Id. A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. See Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; Local Rule 6.02.

Plaintiff failed to act by June 1, 2016.  Consequently, the undersigned entered the June 6, 2016 Order to Show Cause (Doc. No. 7), directing Plaintiff to show cause by June 24, 2016 why the undersigned should not recommend dismissal of this matter for failure to prosecute. Order to Show Cause at 1-2.  Plaintiff was also directed to comply with the May 3, 2016 Order by June 24, 2016.  Id.  Plaintiff was warned that failure to respond by June 24, 2016 may result in a recommendation of dismissal without further notice.  Id. at 2.

To date, Plaintiff has not responded in any way to the June 6, 2016 Order to Show Cause.  Accordingly, it is

**RECOMMENDED**:

1.  That this case be **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

2.  That the Clerk of Court be directed to terminate all pending motions and close the file.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on July 14, 2016.

*(signature)*
**JAMES R. KLINDT**
United States Magistrate Judge

clr
Copies to:

The Honorable Marcia Morales Howard
United States District Judge

Pro se party

-2-